NLG
EMPLOYMENT LITIGATION ATTORNEYS
www.nisarlaw.com

**NISAR LAW GROUP, P.C.**
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, NY 10165

**Susan Ghim, Of Counsel**
sghim@nisarlaw.com
Main: (212) 600-9534
Direct: (646) 889-1011

**MEMO ENDORSED**

On P.2

VIA ECF
Hon. Victoria Reznik, U.S.M.J.
United States District Court, S.D.N.Y.
300 Quarropas Street
White Plains, NY 10601

Re: Case No. 25cv8800 (CS) Rodgriguez v. Middletown Fried Chicken Inc. et al.
Request to Adjourn Settlement Mediation Conference tbh July 30, 2026 at 2:30pm

Dear Judge Reznik:

As the Court is aware, this firm represents all named Defendants Middletown Fried Chicken & Gyro, Inc. and Muhamad Munir (collectively, "Defendants") in the above referenced case. Defendants respectfully request an adjournment of the remote settlement mediation conference ("mediation conference") currently scheduled for July 30, 2026 at 2:30pm. [ECF doc. no. 21] This is Defendants' first request for an adjournment of the scheduled mediation conference. Undersigned counsel sent an email to Plaintiff Mario Rodriguez's ("Plaintiff") counsel earlier this afternoon requesting the status of communications with their client who has not communicated with them for approximately over one month. As of the time of filing of this letter, Plaintiff's counsel did not respond to undersigned counsel.

On or about July 9, 2026, a discovery hearing was held before District Judge Cathy Seibel for Plaintiff's failure to respond to any discovery requests pursuant to the Court's Case Management Plan. Plaintiff's counsel Michael S. Samuels represented that Plaintiff failed to communicate with his office for approximately over one month. Therefore, District Judge Seibel issued an order dated on or about July 9, 2026 ordering in relevant part, "If Plaintiff does not communicate with counsel and respond to discovery by August 10, the case may be dismissed for failure to prosecute under Rule 41." [Dkt Txt Order dtd 07/09/2026]

Pursuant to the Court's mediation order dated May 8, 2026, a mediation was scheduled to be held via Teams videoconferencing platform on July 30, 2026 at 2:30pm. [ECF doc. no. 21] Also, the May 8, 2026 Order specified that the parties must each send via email, an ex parte mediation statement no later than 5 business days prior to the scheduled mediation and that the failure to do so may result in the cancellation or rescheduling of the settlement conference. Accordingly, in the interest of judicial economy and efficiency and to mitigate attorney's fees for all parties, Defendants respectfully request that the mediation be adjourned or rescheduled if Plaintiff re-appears in this matter by August 10, 2026.

Respectfully submitted,

/s/ Susan Ghim

Susan Ghim, Of Counsel
Nisar Law Group, P.C.
60 East 42nd Street, Suite 4600
New York, New York 10165
(646) 889-1011
sghim@nisarlaw.com

Via email only to:
Andrew D. Beresin, Esq. / Andrew@samuelandstein.com
Michael S. Samuels, Esq. / Michael@thesameulfirm.com
The Samuel Law Firm
1441 Broadway – Suite 6085
New York, New York 10018
(212) 563-9884
Attorneys of record for Plaintiff

Defendants' request to adjourn the settlement conference is **GRANTED**.

The conference will be rescheduled for a later date, if and when Plaintiff re-appears in the case by August 10, 2026.

The parties are directed to submit a joint letter to the undersigned by August 11, 2026, with a further update about rescheduling.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

**Dated: 7/24/26**